IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MINH HONG,  No. C 12-01756 RS

        Plaintiff,  **RECUSAL ORDER**

  v.

MORGAN STANLEY, et al.,

        Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 7/24/12

*[signature]*
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER