LOUIS A. HIGHMAN, State Bar No. 61703
LAWRENCE BALL, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone: (415) 982-5563

Attorneys for Plaintiff Minh Hong

In the United States District Court

In and for the Northern District of California

San Francisco-Oakland Division

| | |
|---|---|
| MINH HONG, | Case No. CV 12-01756 TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER TO ENLARGE TIME |
| -v- | FOR PLAINTIFF TO FILE OPPOSITION PAPERS AND |
| MORGAN STANLEY & CO., LLC, f/k/a MORGAN STANLEY & CO. INC., f/k/a MORGAN STANLEY DW INC.; MORGAN STANLEY SMITH BARNEY LLC, | FOR DEFENDANTS TO FILE REPLY PAPERS RE MOTION TO TRANSFER VENUE AND TO CONTINUE HEARING DATE |
| Defendant. | Date: October 15, 2012<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Thelton Henderson |

Based on the parties' stipulation and the supporting declaration of Louis A. Highman, and good cause appearing therefor, IT IS HEREBY ORDERED that the time for plaintiff Minh Hong to file opposition papers to defendants' motion to transfer venue be extended to September 25, 2012 (instead of September 18, 2012), that the time for defendants Morgan Stanley & Co., LLC, f/k/a Morgan Stanley & Co., Inc., f/k/a Morgan Stanley DW Inc. and Morgan Stanley Smith Barney LLC to

1

1 file a reply to the opposition is extended to October 9, 2012
2 (instead of September 25, 2012), and that the hearing date for
3 the motion to transfer venue be continued to October 22, 2012,
4 at 10:00 a.m. in Courtroom 2 (from the previously scheduled
5 hearing date of October 15, 2012).

6 DATED: 09/17/2012

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

2

Order Granting Stip to Enlarge Time and Continue Hearing Date---CV12-01756 TEH